UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-10508-JGR |
| | ) | |
| Saunders, Robert | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**NOTICE OF DEBTOR CHANGE OF ADDRESS**

You are hereby notified, this 27th Day of April 2023, that the Debtor has a new mailing address.

1. Debtor's Previous Mailing Address:   2864 Dublin Blvd
   # 167
   Colorado Springs, CO 80918

2. Debtor's Current Mailing Address:   50 Casarow Dr
   Bridgeton, NJ 08302

The Horvath Law Firm, LLC

*/s/ N. Craig Horvath*

N. Craig Horvath #47393
PO Box 698
Littleton, CO 80160
Telephone: 303.900.8741
Facsimile:  303.798.4663
Email:  craig@thehorvathlawfirm.com